**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1043

UNION LINE FARMS, INC., on behalf of
itself and all others similarly situated,

*Plaintiff*,

v.

THE MOSAIC COMPANY;
NUTRIEN LTD.;
NUTRIEN AG SOLUTIONS, INC.;
CF INDUSTRIES HOLDINGS, INC.;
CF INDUSTRIES, INC.;
CF INDUSTRIES NITROGEN, LLC;
KOCH AGRONOMIC SERVICES, LLC;
YARA INTERNATIONAL ASA;
YARA NORTH AMERICA, INC.; and CANPOTEX LTD,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE MOSAIC COMPANY**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Mosaic Company provides the following disclosure through their undersigned attorney:

The Mosaic Company has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: March 27, 2026

*/s/ Mark Ford*

Mark A. Ford
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Mark.Ford@wilmerhale.com

*Attorney for Defendant The Mosaic Company*