**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1043

UNION LINE FARMS, INC., on behalf of
itself and all others similarly situated,

*Plaintiff*,

v.

THE MOSAIC COMPANY;
NUTRIEN LTD.;
NUTRIEN AG SOLUTIONS, INC.;
CF INDUSTRIES HOLDINGS, INC.;
CF INDUSTRIES, INC.;
CF INDUSTRIES NITROGEN, LLC;
KOCH AGRONOMIC SERVICES, LLC;
YARA INTERNATIONAL ASA;
YARA NORTH AMERICA, INC.;
and CANPOTEX LTD,

*Defendants*.

---

**NOTICE OF ENTRY OF APPEARANCE OF LAUREN DICKIE**

---

To the Clerk of the Court and all Parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Koch Agronomic Services, LLC.

Dated: March 31, 2026

Respectfully Submitted,

*/s/ Lauren H. Dickie*

Lauren H. Dickie
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
laurendickie@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following recipients:

/s/ *Lauren H. Dickie*
Lauren H. Dickie

Jonathan S. Crevier (CO Bar Number: 62506)
**DICELLO LEVITT LLP**
6645 South Cherry Way Centennial, Colorado 80121
(646) 933-1000
jcrevier@dicellolevitt.com

Gregory S. Asciolla
Theodore Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001 New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com

Eric Olson
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600 Denver, CO 80202
Phone: (303) 535-9151
eolson@olsongrimsley.com

Mark A. Ford
**Wilmer Cutler Pickering Hale and Dorr LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6423
Email: Mark.Ford@wilmerhale.com

Heather Lamberg
Eitan Berkowitz
**Freshfields US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: (202) 210-8639
Email: Heather.Lamberg@freshfields.com
Email: tani.berkowitz@freshfields.com