**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1043

UNION LINE FARMS, INC., on behalf of itself and all others similarly situated,

*Plaintiff*,

v.

THE MOSAIC COMPANY;
NUTRIEN LTD.;
NUTRIEN AG SOLUTIONS, INC.;
CF INDUSTRIES HOLDINGS, INC.;
CF INDUSTRIES, INC.;
CF INDUSTRIES NITROGEN, LLC;
KOCH AGRONOMIC SERVICES, LLC;
YARA INTERNATIONAL ASA;
YARA NORTH AMERICA, INC.;
and CANPOTEX LTD,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT OF THE CF INDUSTRIES ENTITIES**

---

Pursuant to Fed. R. Civ. P. 7.1, Defendants CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC (collectively, "CF") provide the following disclosures through their undersigned counsel:

1. CF Industries Holdings, Inc. is a publicly held corporation that does not have a parent entity. Based on the publicly available information contained in its March 17, 2026 Proxy Statement, CF states that The Vanguard Group owned 10% or more of CF Industries Holdings, Inc. as of March 17, 2026.

2. CF Industries, Inc. is a 100% owned subsidiary of CF Industries Holdings, Inc.

3. CF Industries Nitrogen, LLC is a limited liability corporation. Its members are (i) CF USA Holdings, LLC, the sole member of which is CF Industries, Inc., and (ii) CHS Inc.

In accordance with its obligations pursuant to Fed. R. Civ. P. 7.1, CF states it will promptly file a supplemental disclosure if the above information changes.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Daniel E. Laytin*

Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
**Kirkland & Ellis LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Daniel E. Laytin*