**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1043

UNION LINE FARMS, INC., on behalf of
itself and all others similarly situated,

*Plaintiff*,

v.

THE MOSAIC COMPANY;
NUTRIEN LTD.;
NUTRIEN AG SOLUTIONS, INC.;
CF INDUSTRIES HOLDINGS, INC.;
CF INDUSTRIES, INC.;
CF INDUSTRIES NITROGEN, LLC;
KOCH AGRONOMIC SERVICES, LLC;
YARA INTERNATIONAL ASA;
YARA NORTH AMERICA, INC.;
and CANPOTEX LTD,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Nutrien Ag Solutions, Inc. discloses the following:

1. Nutrien Ag Solutions, Inc. is a Delaware corporation.

2. Nutrien Ag Solutions, Inc. is a wholly owned subsidiary of United Agri Products, Inc., a Delaware company.

3. Nutrien Ltd., a Canada company, is the ultimate parent of both Nutrien Ag Solutions, Inc. and United Agri Products, Inc.

4. Nutrien Ltd. is a publicly held company whose shares are traded on the New York Stock Exchange. No publicly held corporation owns 10% or more of the stock of Nutrien Ltd.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Kristin K. Zinsmaster*

Kristin K. Zinsmaster (CO Bar Number: 50428)
**Jones Day**
90 S 7th Street
Minneapolis, MN 55402
Telephone: (612) 217-8861
Email: kzinsmaster@jonesday.com

David C. Kiernan
**Jones Day**
555 California Street 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5745
Email: dkiernan@jonesday.com

Eddie Hasdoo
Paxton J. Lozano
**Jones Day**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4214
Email: ehasdoo@jonesday.com
Email: plozano@jonesday.com

*Attorneys for Nutrien Ag Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

/s/ *Kristin K. Zinsmaster*

Kristin K. Zinsmaster

*Attorney for Nutrien Ag Solutions, Inc.*