**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1043

UNION LINE FARMS, INC., on behalf of
itself and all others similarly situated,

*Plaintiff,*

v.

THE MOSAIC COMPANY;
NUTRIEN LTD.;
NUTRIEN AG SOLUTIONS, INC.;
CF INDUSTRIES HOLDINGS, INC.;
CF INDUSTRIES, INC.;
CF INDUSTRIES NITROGEN, LLC;
KOCH AGRONOMIC SERVICES, LLC;
YARA INTERNATIONAL ASA;
YARA NORTH AMERICA, INC.;
AND CANPOTEX LTD.,

*Defendant*s.

**DEFENDANT YARA NORTH AMERICA, INC.'S CORPORATE DISCLOSURE**

Defendant Yara North America, Inc., by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

Yara North America, Inc. is a wholly owned subsidiary of Yara International ASA. Yara International ASA is a publicly traded corporation listed on the Oslo Stock Exchange (ticker: YAR). Defendant Yara North America, Inc. has no other parent corporation, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities and no other publicly held entity (corporate or otherwise) owns 10% or more of its stock.

Respectfully submitted,

Dated: April 1, 2026

/s/ *Heather P. Lamberg*
Heather Lamberg,
FRESHFIELDS US LLP
700 13th St. NW, 10th Floor
Washington, DC 20005
Phone: (202) 210-8169
*Heather.Lamberg@freshfields.com*
*Attorney for Defendant Yara North America, Inc.*