**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-1043

UNION LINE FARMS, INC., on behalf of itself
and all others similarly situated,

*Plaintiff,*

v.

THE MOSAIC COMPANY; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC.; CF INDUSTRIES HOLDINGS, INC.; CF INDUSTRIES, INC.; CF INDUSTRIES NITROGEN, LLC; KOCH AGRONOMIC SERVICES, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; AND CANPOTEX LTD.,

*Defendant*s.

**DEFENDANT YARA INTERNATIONAL ASA'S CORPORATE DISCLOSURE**

Defendant Yara International ASA, by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

Yara International ASA is a publicly traded corporation listed on the Oslo Stock Exchange (ticker: YAR). Defendant Yara International ASA has no parent corporation, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities. The Norwegian Ministry of Trade, Industry and Fisheries owns 36.21% of Yara International ASA's stock, and the Government Pension Fund of Norway owns 7.3%.

Dated: May 15, 2026

Respectfully submitted,

/s/ *Heather P. Lamberg*
Heather Lamberg,
FRESHFIELDS US LLP
700 13th St. NW, 10th Floor
Washington, DC 20005
Phone: (202) 210-8639
Heather.Lamberg@freshfields.com
*Attorney for Defendant Yara International ASA*